**Order entered February 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00874-CV

**MELINDA MORA, Appellant**

**V.**

**CHARLES WINE, ET AL., Appellees**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-16-05690-E**

## ORDER

Before the Court is appellant's February 19, 2020 motion to supplement the clerk's record. We **GRANT** the motion. We **ORDER** John Warren, Dallas County Clerk, to file, by **February 28, 2020**, a supplemental clerk's record containing:

Plaintiff's Response to Defendant's No-Evidence Motion for Summary Judgment – filed on May 11, 2018.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren and all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE